Paul Arons, CA Bar No. 84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel: (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Irving L. Berg, CA Bar No. 36273
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

Attorneys for Defendant
BRANDY HUNT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL MERCHANT SERVICES, INC.,<br><br>　　　　　Appellant/Plaintiff,<br><br>vs.<br><br>BRANDY HUNT<br><br>　　　　　Appellee/Defendant. | Civ. No. C06-07795 MJJ<br>Bankruptcy No. 05-33473 DM<br>Adversary Proceeding No. 05-3499 DM<br><br>**STIPULATION AND ORDER DESIGNATING RECORD ON 28 U.S.C. SEC. 158 APPEAL FROM FINAL JUDGMENT OF BANKRUPTCY COURT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the record on the appeal of the above-entitled action shall be deemed to include all pleadings, memoranda, declarations, exhibits and other documents filed in the bankruptcy adversary proceeding, *Imperial Merchant Services, Inc. v. Hunt*, Bankruptcy No. 05-33473 DM Adversary Proceeding No. 05-3499 DM, and in the United States District Court civil action, *Hunt, et al. v. Check Recovery Systems, et al*, Civ. No. 05-4993 DM.

**STIPULATION AND ORDER DESIGNATING APPEAL, ETC.: Page 1**

**SO STIPULATED**

Dated: April 17, 2007	LAW OFFICES OF CLARK GAREN

By	/s Clark Garen
Attorney for Appellant/Plaintiff
Imperial Merchant Services, Inc.

Dated: April 17, 2007	LAW OFFICES OF PAUL ARONS

By	/s Paul Arons
Attorneys for Appellee/Defendant
Brandy Hunt

**ORDER**

IT IS HEREBY ORDERED that that the record on the appeal of the above-entitled action shall be deemed to include all pleadings, memoranda, declarations, exhibits and other documents filed in the bankruptcy adversary proceeding, *Imperial Merchant Services, Inc. v. Hunt*, Bankruptcy No. 05-33473 DM Adversary Proceeding No. 05-3499 DM, and in the United States District Court civil action, *Hunt, et al. v. Check Recovery Systems, et al*, Civ. No. 05-4993 DM.

DATED:  5/17/2007

Hon. Martin J. Jenkins
Judge, United States District Court